UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BARRY STIMPSON, on behalf of himself and other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation, and MIDLAND FUNDING, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 1:17-cv-00431-BLW<br><br>JUDGMENT |

In accordance with the Order entered concurrently,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in Defendants' favor, and that this case be dismissed in its entirety, with prejudice, as to all parties.

DATED: September 27, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge

JUDGMENT - 1