Ryan Ballard, ISBN 9017
Ballard Law, PLLC
P.O. Box 38
Rexburg, ID 83440
(208) 359-5532
ryanballardlaw@gmail.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BARRY STIMPSON, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC, a Kansas corporation, and MIDLAND FUNDING, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No:  4:17-cv-00431-BLW<br><br>**NOTICE OF APPEAL** |

COMES NOW Plaintiff Barry Stimpson ("Stimpson") by and through his counsel, Ryan A. Ballard and who hereby appeals under 28 U.S.C. §158(d)(1) the District Court Order Granting Defendant's Motion for Summary Judgment and Judgment in favor of Defendants Midland Credit Management, Inc. and Midland Funding, LLC against Stimpson, both entered on September 27, 2018 in the above-entitled matter. See Exhibit A, Dkt. 41 and Exhibit B, Dkt. 42.

The Parties to the Appeal of this Order and the names and addresses of their respective attorneys are as follows:

| | |
|---|---|
| Barry Stimpson<br>c/o Ryan Ballard<br>Ballard Law, PLLC<br>P.O. Box 38<br>Rexburg, ID 83440<br>Phone: (208) 359-5532<br>ryanballardlaw@gmail.com | Scott C. Borison, Esq. (Admitted *pro hac vice*)<br>Legg Law Firm, LLP<br>1900 S. Norfolk St. Suite 350<br>San Mateo CA 94403<br>Phone: (301) 620-1016<br>borison@legglaw.com |

*Attorneys for Plaintiff Barry Stimpson*

| | |
|---|---|
| Lyle J. Fuller<br>Fuller & Fuller, PLLC<br>24 N. State Street<br>Preston, Idaho 83263<br>Phone: (208) 852-2680<br>LFuller@fullerlawonline.com | Joshua C. Dickinson (Admitted *pro hac vice*)<br>Spencer Fane LLP<br>13520 California Street, Suite 290<br>Omaha, NE 68154<br>Phone: (402) 965-8600<br>JDickinson@spencerfane.com |

*Attorneys for Defendants*

Date: October 9, 2018.

/s/ Ryan A. Ballard
Ryan A. Ballard
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of October, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Lyle J. Fuller LFuller@fullerlawonline.com

Joshua C. Dickinson**,** JDickinson@spencerfane.com

/s/ Ryan A. Ballard
Ryan A. Ballard